IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TOMMY LEE JONES,**                                                **PLAINTIFF**

V.                                              **CAUSE NO. 4:05CV140-P-B**

**MISSISSIPPI MARINE CORPORATION,**                   **DEFENDANT**

## ORDER

The Court having reviewed the Complaint in preparation of the Report and Recommendation issued this date, it is, therefore,

**ORDERED:**

That the Clerk shall forthwith file the Complaint submitted by plaintiff, so as to make the same a part of the record herein.

**THIS**, the 8th day of July, 2005.

                                                                **/s/ Eugene M. Bogen**
                                                                 **U. S. MAGISTRATE JUDGE**